

FILED
OCT - 5 2012
THOMAS G BRUTON
CLERK, U S DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Gloria A. Carter, Pro Se

        Plaintiff

-v-

Progressive Financial Services, Inc.,

        Defendant

1:12-cv-08011
Judge Virginia M. Kendall
Magistrate Judge Arlander Keys

Magistrate Judge:

## COMPLAINT

Plaintiff, Gloria A. Carter, individually, hereby sues Defendant, Progressive Financial Services, Inc. for violations of the Telephone Consumer Protection Act (TCPA) Sec. 227., 47 USC § 227(b)(1), 47 USC § 227(a) (iii).

## PRELIMINARY STATEMENT

1. This is an action for damages and injunctive relief brought by Plaintiff against Defendant for violations of the Telephone Consumer Protection Act (TCPA) Sec. 227., 47 USC § 227(b)(1), 47 USC § 227(a) (iii).

2. Plaintiff contends that Defendant, Progressive Financial Services, Inc. have violated such laws by repeatedly harassing Plaintiff in attempts to collect alleged but non-existent debt.

## JURISDICTION AND VENUE

3. Jurisdiction of this Court arises under 47 U.S.C. §227(b)(3), and supplemental jurisdiction exists for the state law claims pursuant to 28 U.S.C. §1367.

4. Venue is proper pursuant to 28 U.S.C. §1391b. Venue in this District is proper in that the Plaintiff resides here, the Defendants transact business here, and the conduct complained of occurred here.

5. This is an action for damages which exceed $100,000.00.

## PARTIES

6. Plaintiff, Gloria A. Carter, is a natural person and is a resident of the State of Illinois.

7. Upon information and belief Defendant, Progressive Financial Services, Inc. is a Pennsylvania Corporation, authorized to do business in Illinois.

## *FACTUAL ALLEGATIONS*

8. From October 25, 2011 thru April 20, 2012, Progressive Financial Services, Inc. violated the TCPA by calling Plaintiff's cell phone 68 times with no prior permission given by Plaintiff.

9. Plaintiff submitted a notice of pending lawsuit letter via certified mail, return receipt 7011 2970 0002 5289 9697 to Defendant dated July 27, 2012 (Exhibit A)

10. Defendant's in-house attorney Barbara Horner called on August 17, 2012 at 5:14p.m. (CST) to state that she was calling in reference to the demand letter dated July 27, 2012 in which she left a message on the voicemail provided.

11. When the Plaintiff returned the call to Defendant's in-house attorney Barbara Horner to amicably settle this matter an agreement could not be met and Plaintiff stated that she will let the judge and jury decide.

## COUNT I
## VIOLATIONS OF THE TELEPHONE
## COMMUNICATIONS ACT 47 U.S.C. §227

12. Plaintiff alleges and incorporates the information in paragraphs 1 through 11.

13. Defendant Progressive Financial Services, Inc. has committed 68 separate violations of 47 U.S.C. §227(b)(1)(A) and Plaintiff is entitled to damages of $1500 per violation pursuant to 47 U.S.C. §227(b)(3)(B).

14.. Defendant Progressive Financial Services, Inc. has demonstrated willful or knowing non-compliance with 47 U.S.C. §227(b)(1)(A) in which all of the 68 calls are subject to treble damages pursuant to 47 U.S.C. §227(b)(3) as they were intentional.

15. Defendant Progressive Financial Services, Inc. has demonstrated willful or knowing non-compliance with 47 U.S.C. §227(b)(1)(A) by calling the Plaintiff's number, which is assigned to a cellular telephone service. The Plaintiff has never given defendant Progressive Financial Services, Inc. permission to call Plaintiffs cell phone.

16. Plaintiff and Progressive Financial Services, Inc. do not have an established business relationship within the meaning of 47 U.S.C. §227.

**WHEREFORE,** Plaintiff demands judgment for damages against Progressive Financial Services, Inc. for actual or statutory damages, and punitive damages, attorney's fees and costs.

### DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury of all issues so triable as a matter of law.

Respectfully submitted this __5th__ of __OCTOBER__, 2012

*Gloria A. Carter*

Gloria A, Carter
2605 So. Indiana Avenue #2206
Chicago, IL 60616-2878
(312) 225.8303