## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Gloria A Carter

                    Plaintiff,

v.                                    Case No.: 1:12–cv–08011
                                          Honorable Virginia M. Kendall

Progressive Financial Services, Inc.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 1, 2013:

      MINUTE entry before Honorable Virginia M. Kendall: Pursuant to the Foregoing Unopposed Motion to Approve Stipulation [28] and For Entry of an Order of Dismissal of Claims brought pursuant to the parties' Stipulation for Dismissal of Entire Case, With Prejudice, and good cause appearing, it is hereby ORDERED that: 1. The Motion is granted; 2. The entire case is dismissed with prejudice. 3. Each party shall bear its own fees and costs. Civil case terminated. Mailed notice(tlp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.