IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Gloria A. Carter (Pro Se), ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 1:12-cv-08011 |
| v. ) | |
| ) | Hon. Judge Virginia Kendall |
| Progressive Financial Services, ) | Mag. Judge Arlander Keys |
| ) | |
| Defendant. ) | |

**ORDER**

Pursuant to the Foregoing *Unopposed Motion to Approve Stipulation and For Entry of an Order of Dismissal of Claims* brought pursuant to the parties' Stipulation for Dismissal of Entire Case, With Prejudice, and good cause appearing, it is hereby ORDERED that:

1. The Motion is granted;

2. The entire case is dismissed with prejudice.

3. Each party shall bear its own fees and costs.

IT IS SO ORDERED.

April 1, 2013

_____
The Honorable Virginia M. Kendall
United States District Judge

4834-7777-5123.1